UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| WILLIAM L. ASKEW and<br>TOORA B. ASKEW, | )<br>)<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>)<br>) | **JUDGMENT**<br><br>No. 2:16-CV-13-FL |
| SETERUS, INC., | )<br>) |  |
| Defendant. | ) |  |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 19, 2016, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is granted and plaintiffs' complaint is dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 19, 2016, and Copies To:**

Cassandra L. Crawford  (via CM/ECF Notice of Electronic Filing)
William and Toora Askew (via U.S. Mail) 1000 Robinson Rd, Portsmouth, VA 23701


September 19, 2016            JULIE RICHARDS JOHNSTON, CLERK
                                /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk